PROPOSED ORDER/COVER SHEET

TO: Honorable Richard Seeborg  
U.S. Magistrate Judge

RE: Brian Sachs

FROM: Claudette M. Silvera, Chief  
U.S. Pretrial Services Officer

DOCKET NO.: CR05-70946 PVT

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Jaime A. Carranza  
U.S. Pretrial Services Officer

408-535-5222  
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

FILED  
DEC 2 2 2005  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA  
SAN JOSE

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ___ on ___ at ___

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge___ Presiding District Court Judge___

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A. The defendant's travel is restricted to the Northern District of California, District of Minnesota, and the District of South Dakota.

☐ Bail Revoked/Bench Warrant Issued.

I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

Other Instructions:

_____  
JUDICIAL OFFICER

12/22/05  
DATE

Cover Sheet (12/03/02)